In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00154-CV

_____


IN RE KATHLEEN THOMAS

_____

Original Proceeding
_____


**MEMORANDUM OPINION**

Kathleen Thomas filed an emergency motion to stay all proceedings in the trial court pending this Court's disposition of her petition for writ of mandamus. *See generally* Tex. R. App. P. 52.10. Thomas did not file a petition seeking mandamus relief. "Implicit within Rule 52.10 is the necessity for a petition to be filed before the appellate court can grant emergency relief." *In re Ramirez*, 133 S.W.3d 664, 664-65 (Tex. App.—Corpus Christi 2003, orig. proceeding). "Until a petition is filed, there is no dispute before the court." *Id*. at 665.

We have no jurisdiction to consider the motion because Thomas has not filed a petition for writ of mandamus. Accordingly, we dismiss relators' motion

for want of jurisdiction, without prejudice to reassert the motion after commencing a proceeding pursuant to Texas Rule of Appellate Procedure 52.

DISMISSED.

PER CURIAM

Submitted on April 24, 2015
Opinion Delivered April 27, 2015

Before McKeithen, C.J., Kreger and Horton, JJ.